# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Leroy Killian,

        Plaintiff(s),　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:04cv241

United States of America,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/29/07 Order.

        Signed: August 29, 2007

        Frank G. Johns, Clerk
        United States District Court